EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Enmienda a l Regla 7.1.1 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2019 TSPR 206 203 DPR _____ |

Número del Caso: ER-2019-06

Fecha: 7 de noviembre de 2019

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

*In re:*

Enmienda a la Regla 7.1.1          ER-2019-06
del Reglamento para la
Admisión de Aspirantes al
Ejercicio de la Abogacía
y la Notaría

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de noviembre de 2019.

Al amparo del poder inherente de este Tribunal para regular la admisión al ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se establece que todo aspirante al ejercicio de la notaría deberá aprobar el examen de Reválida General previo a solicitar el examen de Reválida Notarial. A esos fines, se enmienda la Regla 7.1.1, la cual leerá:

Regla 7.1.1- Toda persona interesada en solicitar el examen de Reválida Notarial deberá cumplir con los requisitos siguientes:

(a) cumplir con los requisitos que establece la Regla 4.1.1 y

(b) […]

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Martínez Torres y el Juez Asociado señor Rivera García no intervinieron.


                              Sonnya Isabel Ramos Zeno
                    Secretaria del Tribunal Supremo Interina